**Below is the Order of the Court.**



_____

**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

Form ovacdsc (10/2009)

## UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:

    Lois Lee Heilman

    Debtor(s).

Case Number: 12−47875−BDL
Chapter: 7

---

### ORDER VACATING DISCHARGE OF DEBTOR

A Discharge Order was signed on **April 4, 2013**, and it appears that the discharge should be vacated for the following reason: **Reaffirmation Hearing was Pending**, it is

ORDERED that the discharge of the debtor is vacated.

///End of Order///